UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

Carlos Roberto Hernandez Acosta
and Jose Luis Davlia Santacruz
------------------------------X

#21 CR 754 (JFK)

The initial pretrial conference, set for Tuesday, March 15, 2022 has been rescheduled from 11:15 a.m. to 12 noon, in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

2-28-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-28-22