UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CARLOS ROBERTO HERNANDEZ
ACOSTA,

                Defendant.

No. 21-CR-754 (JFK)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The pretrial conference in this matter will take place before Judge Loretta A. Preska on Wednesday, May 18, 2022, at 11:30 a.m. in Courtroom 12-A.

**SO ORDERED.**

Dated:     May 13, 2022
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge