**MEMO ENDORSED**

## LISA SCOLARI
### Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

TEL 212-227-8899                                                      FAX 212-964-2926

May 13, 2022

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/22

**Re: United States v. Carlos Hernandez Acosta,**
21 Cr. 754 (JFK)

Your Honor:

    I write to request an adjournment of the conference in this case which is currently scheduled for May 18, 2022. Pursuant to the Court's intervention, Mr. Hernandez was moved from Essex County jail to MDC which has facilitated counsel's ability to meet with him and begin reviewing discovery. However, Mr. Hernandez and I need additional time to go through the discovery. Much of the significant discovery is in Spanish and some of it is in Excel format which is not accessible because the MDC computers cannot open Excel files. As the Court is aware, I have made an application for the appointment of a Spanish speaking paralegal to assist with the discovery review.

    Therefore, I request a two month adjournment of the conference so that we may complete the discovery review. At the next conference, I will be prepared to advise the Court what if any motions I intend to file and to set a motion schedule. As this request is made for time to review discovery, the time between May 18, 2022 and the adjourn date should be excluded from speedy trial calculations.

    The government by Elizabeth Espinosa, Esq, consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

```
The Defendant's request for an adjournment
is GRANTED.  Accordingly, the May 18, 2022,
conference is adjourned to July 6, 2022, at
11:30 A.M. in Courtroom 20-C.  The time between
May 18, 2022, and July 6, 2022, is excluded
under the Speedy Trial Act, 18 U.S.C. § 3161(h)
(7)(A).

SO ORDERED.

Dated: New York, New York
       May 16, 2022
```

_____
John F. Keenan
United States District Judge