UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

Carlos Roberto Hernandez Acosta
and Jose Davlia Santacruz
------------------------------X

#21 CR 754 (JFK)

The pretrial conference has been adjourned from July 6, 2022 to July 12, 2022 at 12:45 p.m., in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

7-6-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-6-22