UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
          U.S.A.

                     :                 #21  CR 754 (JFK)

       -V-               :

Carlos Roberto Hernandez Acosta   :
and Jose Davlia Santacruz
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


    The  pretrial conference has been rescheduled from   July 12, 2022 to

Wednesday, July 13, 2022 at 11:45 a.m. in person, in Courtroom 20-C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7-11-22
```

                  SO ORDERED.

Dated:  New York, New York

              7-11-22

                           JOHN F. KEENAN
                  United States District Judge