**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2022
```

**By ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Carlos Roberto Hernandez Acosta et. al,* S1 21 Cr. 754 (VEC)

Dear Judge Caproni:

    The Government writes with the consent of counsel for both defendants to respectfully request that the conference that Judge Keenan scheduled for September 14, 2022, be adjourned to October 11, 2022, to a time convenient for the Court. The adjournment will allow the parties to continue discussions of potential pretrial dispositions.

    Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between September 14, 2022 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government has conferred with counsel for both defendants and counsel for Carlos Roberto Hernandez Acosta consents to exclusion of time. Counsel for Jose Luis Davila Santacruz does not consent to exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    s/_____
    Rushmi Bhaskaran
    Elizabeth E. Espinosa
    Assistant United States Attorneys
    (212) 637-2439 / 2216

Cc:  Counsel of Record (via ECF)

It is hereby ordered that the conference scheduled for September 14, 2022, will be adjourned until **Friday, September 23, 2022, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The period between September 14, 2022, and September 23, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice are served by accommodating the parties' discussions of potential pretrial dispositions.

SO ORDERED.

*[Signature]*  09/12/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE