USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
      -against- : 21-CR-754 (VEC)
:
: ORDER
:
CARLOS ROBERTO HERNANDEZ ACOSTA, :
:
and :
:
JOSE LUIS DAVILA SANTACRUZ, :
:
      Defendants. :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is currently scheduled for September 23, 2022, at 3:00 P.M., Dkt. 23;

    WHEREAS on September 21, 2022, the parties notified the Court that Mr. Acosta intends to plead guilty pursuant to a plea agreement;

    IT IS HEREBY ORDERED that Mr. Acosta's change of plea will take place at the beginning of the conference scheduled for **September 23, 2022, at 3:00 P.M.**

**SO ORDERED.**

Date:  **September 22, 2022**
        **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**