USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__09/23/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
               -against-                                      :        21-CR-754 (VEC)
                                                              :
                                                              :        ORDER
CARLOS ROBERTO HERNANDEZ ACOSTA,                              :
                                                              :
   and                                                        :
                                                              :
JOSE LUIS DAVILA SANTACRUZ,                                   :
                                                              :
                              Defendants.                     :
                                                              :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

         WHEREAS on September 23, 2022, the parties appeared for Mr. Hernandez Acosta's

change-of-plea hearing; and

         WHEREAS Mr. Hernandez Acosta entered a plea of guilty, which was accepted by the

Court;

         IT IS HEREBY ORDERED that Mr. Hernandez Acosta will be sentenced on **Monday,**

**January 23, 2023, at 11:00 A.M.**  Pre-sentencing submissions are due no later than **Monday,**

**January 9, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall

United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  **September 23, 2022**                    _____
       **New York, NY**                              **VALERIE CAPRONI**
                                                  **United States District Judge**