**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2023

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
scolarilaw@gmail.com
212-227-8899

January 9, 2023

Hon. Valeie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**Re: United States v. Carlos Hernandez Acosta,**
21 Cr. 754 (JFK)

Your Honor:

    I write to request a two day extension of time within which to file a defense sentencing submission which is due today. I need the extra time because I fell on broken sidewalk, hit my head and broke a tooth. I need the time to recover sufficiently so I can write a coherent submission.

    The government, by Rushmi Bhaskaran, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____  01/10/2023
HON. VALERI E. CAPRONI